UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLETTE SHOEMAKER,<br><br>    Plaintiff,<br> v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 12-CV-00461-LHK<br><br>ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORMS AND JOINT CASE MANAGEMENT STATEMENT |

Pursuant to the June 27, 2012 Case Management Order, the parties were ordered to file their consent forms or declinations to proceed before a Magistrate Judge for all purposes by July 6, 2012. The parties failed to do so. A further case management conference is set for September 26, 2012, and the parties have also failed to file a Joint Case Management Statement 7 days in advance of the September 26, 2012 case management conference, as is required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file their consent forms or declinations to proceed before a Magistrate Judge for all purposes by Friday, September 21, 2012. The parties are further ORDERED to file one joint case management statement by Monday, September 24, 2012, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: September 20, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge