**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLETTE SHOEMAKER, ) | Case No.: 12-CV-00461-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In response to the Court's September 20, 2012 Order to file a joint case management statement, the parties filed a Joint Notice of Settlement on September 21, 2012, stating that the parties have settled all claims and intend to file a stipulation of dismissal within 30 days. *See* ECF No. 18. Accordingly, the case management conference set for September 26, 2012, is continued to October 31, 2012, at 2:00 p.m. By October 24, 2012, the parties shall file a stipulation of dismissal, or if unable to do so, a joint case management statement pursuant to Civil Local Rule 16-10(d).

**IT IS SO ORDERED.**

Dated: September 21, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00461-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE