```
1   SEDGWICK LLP
    REBECCA A. HULL  Bar No. 99802
2   rebecca.hull@sedgwicklaw.com
    MARK J. HANCOCK Bar No. 160662
3   mark.hancock@sedgwicklaw.com
    333 Bush Street, 30th Floor
4   San Francisco, CA  94104
    Telephone: (415) 781-7900
5   Facsimile: (415) 781-2635

6   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETTE SHOEMAKER,<br><br>          Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 12-CV-00461 LHK (PSGx)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between all parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO AGREED AND STIPULATED.

DATED: October 3, 2012                    LAW OFFICE OF SCOTT E. SHAFFMAN


                                                    By:  */s/ Scott E. Shaffman*
                                                          SCOTT E. SHAFFMAN
                                                          Attorneys for Plaintiff
                                                          Nicolette Shoemaker

1 | DATED: October 3, 2012

SEDGWICK, LLP
REBECCA A. HULL
MARK J. HANCOCK

By: */s/ Mark J. Hancock*
MARK J. HANCOCK
Attorneys for Defendant Metropolitan Life Insurance Company

ORDER

IT IS SO ORDERED.

Dated: October 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 12-CV-00461
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE