SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETTE SHOEMAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendants. | Case No. 12-CV-00461 LHK (PSGx)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between all parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO AGREED AND STIPULATED.

DATED:  October 3, 2012             LAW OFFICE OF SCOTT E. SHAFFMAN


                                    By:  */s/ Scott E. Shaffman*
                                         SCOTT E. SHAFFMAN
                                         Attorneys for Plaintiff
                                         Nicolette Shoemaker

| | |
|---|---|
| DATED:  October 3, 2012 | SEDGWICK, LLP<br>REBECCA A. HULL<br>MARK J. HANCOCK |
| | By: */s/ Mark J. Hancock*<br>MARK J. HANCOCK<br>Attorneys for Defendant Metropolitan Life Insurance Company |

ORDER

IT IS SO ORDERED.

Dated:  October 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

2

Case No. 12-CV-00461
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE